## GEORGE D. ROGERS and Others v. COUNTY OF HENNEPIN and Others.[1]

January 23, 1914.

Nos. 18,394—(250).

**Case followed.**

Action in the district court for Hennepin county against the county of Hennepin and its treasurer and auditor, officially and individually, to restrain defendants from enforcing assessments for taxation upon memberships in the chamber of commerce of Minneapolis, incorporated under Laws 1883, c. 138, and to enjoin defendants from enforcing the same. Defendant's demurrer to the complaint was sustained, Hale, J. Defendants' motion for judgment upon all the

[1] Reported in 145 N. W. 112.

files and records that plaintiffs take nothing by the action was granted. From the judgment entered pursuant to the order for judgment, plaintiffs appealed. Affirmed.

*Mercer, Swan & Stinchfield,* for appellant.

*James Robertson* and *R. S. Wiggin,* for respondents.

PER CURIAM.

This action was brought to cancel all assessments of taxes on memberships in the Minneapolis Chamber of Commerce, and to restrain their enforcement. The trial court sustained a demurrer to the complaint and denied a temporary injunction. A motion by defendants for judgment was granted and judgment was entered in favor of defendants. Plaintiffs appealed from this judgment.

The case was submitted on briefs in this court with State v. McPhail, supra, page 398, 145 N. W. 108. The decision in that case controls this.

Judgment affirmed.